Gregory Patton, Esq., AZ SBN 023398; CA SBN 128090
Holly Mosier, Esq., AZ SBN 024475; CA SBN 176488
1 East Washington Street, Suite 500
Phoenix, AZ  85004
Tel:   602.533.2800
Email: gregpattonlaw@gmail.com
Email: hollymosier@gmail.com

Attorneys for Plaintiff,
JASON COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THUMBELINA HINSHAW,<br>As Conservator for<br>JASON COOPER<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br>and DOES 1 through 10, inclusive<br><br>                    Defendants. | Case No.:<br><br>**COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE** |

Plaintiff, JASON COOPER, alleges as follows:

**GENERAL ALLEGATIONS**

1.     This action arises under the Federal Tort Claims Act of 1948, 62 Stat. 982, 28 U.S.C. 1346(b), 2671, et seq.

2.     Pursuant to 28 U.S.C. 1391(a), venue is proper in the Judicial District where a substantial part of the events or omissions giving rise to the claim occurred. In the

1

above-entitled action, the Plaintiff, JASON COOPER, is bringing this suit based upon the rendering of improper medical services including, but not limited to, patient abandonment at the Carl T. Hayden VA Medical Center in Phoenix, Arizona. Therefore, venue is proper in the District of Arizona.

3. A tort claim for damages for personal injury was filed on behalf of JASON COOPER, pursuant to 28 U.S.C 2401 and 28 U.S.C 2671 through 2680. This Tort Claim arose from acts and omissions which occurred at the Carl T. Hayden VA Medical Center, Phoenix, Arizona, on November 29, 2013 through November 30, 2013 when JASON COOPER, a decorated veteran, was brought in to the Emergency Department in handcuffs, by police escort, for medical treatment for a psychotic episode, and was wrongfully discharged hours later without treatment or appropriate evaluation.

4. The Department of Veterans Affairs denied the claim on June 2, 2015.

5. At all times mentioned herein, Plaintiff was a resident of Riverside County, California.

6. THUMBELINA HINSHAW was appointed as Plaintiff's conservator on March 25, 2015 by order of the California Superior Court, San Diego, Probation Department.

7. Carl T. Hayden VA Medical Center, its physicians, nurses, employees, agents, and representatives, were at all times material hereto acting as agents and employees of Defendant, the United States of America, and were within the course and scope of their agency and employment with Defendant, the United States of America.

8. Defendant is liable for the negligent acts and omissions of its employees, agents, and representatives acting within the course and scope of their employment and agency under the doctrine of respondeat superior.

COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE

## PLAINTIFF'S BACKGROUND

9. JASON COOPER served 11 years in the United States Marine Corps from 1993 to 2002 at which time he was honorably discharged after completion of required active service.

10. Following his honorable discharge from the Marine Corps, MR. COOPER developed signs of schizophrenia. He was ultimately admitted to the psychiatric unit at the VA Hospital in La Jolla, California in 2009. MR. COOPER was treated at the La Jolla VA psychiatric unit as an inpatient for a number of months. After his discharge, he continued to be monitored and received psychiatric care including administration of psychotropic medications at the Loma Linda VA in Loma Linda, California and other locations.

11. Due to various and systemic problems with the VA system, MR. COOPER was unable to get his antipsychotic medication on a regular basis. As a result, MR. COOPER started experiencing psychotic episodes. During late summer 2013, MR. COOPER began living on the streets of San Diego. In the beginning of November 2013, MR. COOPER's caregiver (and now conservator), THUMBELINA HINSHAW, RN, filed a missing persons report because of a concern for MR. COOPER's safety and wellbeing.

## EVENTS OF NOVEMBER 29, 2013 THROUGH NOVEMBER 30, 2013

12. On the evening of November 29, 2013, MR. COOPER, while in a psychotic state, boarded a bus in San Diego, California and traveled to Phoenix, Arizona. MR. COOPER had never been to Phoenix and did not know anyone in the Phoenix, Arizona area. At approximately 8:30 PM, an officer with the Phoenix Police Department picked up MR. COOPER in the area of 25th St. and Edgemont where the officer found him wandering in a disoriented state. The officer determined that MR. COOPER was reported

COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE

as a missing person and was able to get in touch with THUMBELINA HINSHAW in California.

13.  THUMBELINA HINSHAW, a VA psychiatric nurse, advised the police officer that MR. COOPER was diagnosed as schizophrenic and was completely disoriented. She requested that the officer transport MR. COOPER to the nearest VA Hospital emergency room.  The police officer transported MR. COOPER to the Carl T. Hayden VA Medical Center, located at Seventh Street and Indian School Road.

14.  In spite of the fact that MR. COOPER was brought in to the Carl T. Hayden VA Medical Center by police escort in handcuffs after having been found on the street in a psychotic state, that he was completely disoriented, that he had been diagnosed and treated as a schizophrenic by the VA for a number of years, that the Carl T. Hayden VA Medical Center had within its own record system the extensive history of treatment for and diagnosis of schizophrenia, that MR. COOPER was obviously psychotic and disheveled, the Carl T. Hayden VA Medical Center negligently, recklessly and in total disregard for the safety of MR. COOPER, discharged MR. COOPER to the street from its Emergency Department at 11:09 p.m.

15.  Within hours after being discharged from the Carl T. Hayden VA Medical Center Emergency Department, MR. COOPER was run over by a car in the middle of the street in front of the Carl T. Hayden VA Medical Center. MR. COOPER was found unconscious and near death, lying in a fetal position in the middle of the street with tire marks over his body in a puddle of blood on November 30, 2013 at approximately 5:20 AM. The police officers at the scene were able to identify MR. COOPER as a reported missing person from the Carl T. Hayden VA Medical Center bracelet still attached to his wrist.  MR. COOPER was transported to St. Joseph Hospital trauma unit in Phoenix AZ, with life-threatening injuries.

COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE

# FIRST CAUSE OF ACTION

(Medical Negligence)

16. Plaintiff incorporates by reference paragraphs 1 through 15, above.

17. Defendants undertook and contracted to provide medical care, psychiatric care, and medical treatment to Plaintiff.  Plaintiff became a patient of Defendants and Plaintiff relied upon Defendants to provide appropriate examination, diagnosis, evaluation, psychiatric treatment, medical treatment, and other medical services.

18. Plaintiff was admitted to the Carl. T. Hayden VA Medical Center Emergency Department, and was examined by medical personnel there.  Therefore, a physician/patient relationship was created between Plaintiff and Defendants.

19. In the course of providing care to Plaintiff, Defendants acted negligently by failing to properly evaluate and treat Plaintiff's psychiatric condition, failing to provide continuity of care, and negligently discharging Plaintiff to the street.

20. As a direct and legal result of the Defendants' negligence, and failure to meet the appropriate standard of care, Plaintiff suffered, among other things: multiple skull fractures; left femur fracture requiring open reduction and internal fixation surgery; right tibia and fibula fractures and dislocation requiring open reduction and internal fixation surgery; total dislocation and fracture of the right knee requiring surgical reconstruction; facial fractures and lacerations requiring facial reconstructive surgery; extensive lacerations and deep wounds of the right foot, right knee and right thigh; nasal fracture; left lower extremity deep vein thrombosis; C-5 spinal fractures; extensive subarachnoid brain hemorrhaging; serious and permanent traumatic brain injury; serious and permanent cognitive function impairment; serious and permanent speech impairment; serious and permanent orthopedic injuries limiting his ability to walk and perform many activities of daily living; numerous neurological injuries; severe emotional distress; and severe disfigurement, entitling MR. COOPER to an award for general damages in an amount to be determined at trial.

COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE

21. As a further direct and legal result of the acts and omissions of the Defendants, Plaintiff was compelled to and did employ the services of physicians, surgeons, nurses and the like, to handle and care for Plaintiff JASON COOPER's treatment, and did incur related expenses. Plaintiff is informed and believes, and based upon such information and belief, alleges that he will incur additional medical health care expenses for an indefinite period of time in the future.

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1. For past and future general damages according to proof;
2. For past and future medical expenses to be incurred according to proof;
2. For other expenses to be proven at time of trial;
3. For costs of suit and reasonable attorney's fees incurred herein; and
4. For such other and further relief as the Court may deem just and proper.

September 16, 2015

By: *Gregory Patton*
　　　Gregory Patton
　　　Holly Mosier
　　　Attorneys for Plaintiff

COMPLAINT FOR PERSONAL INJURIES DUE TO MEDICAL NEGLIGENCE